

FILED
CLERK, U.S. DISTRICT COURT

2/16/2010

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ MAD _____ DEPUTY

A CERTIFIED TRUE COPY
ATTEST

By Darion Payne on Feb 12, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**Feb 12, 2010**

**FILED**
**CLERK'S OFFICE**

**IN RE: AIR CRASH AT MADRID, SPAIN, ON**
**AUGUST 20, 2008**

MDL No. 2135

**2:10-ML-2135 GAF (RZx)**

**TRANSFER ORDER**

       **Before the entire Panel**[*]: Defendants in this litigation – The Boeing Co., McDonnell Douglas Corp. (McDonnell Douglas), Esterline Technologies Corp., Leach International, Inc., Honeywell International Inc., Eaton Corp., and Ametek Inc. – move, pursuant to 28 U.S.C. § 1407, for coordinated or consolidated pretrial proceedings of the 44 actions listed on Schedule A in the Central District of California. The defendants' motion encompasses 41 actions in the Middle District of Florida, which are consolidated into one action, two actions in the Northern District of Illinois and one action in the Central District of California.

       Plaintiffs in the two Northern District of Illinois actions, the Central District of California action, and one of the consolidated Middle District of Florida actions support the motion. Plaintiffs in the remaining Middle District of Florida actions did not respond to the motion.

       After considering the argument of counsel, we find that these 44 actions involve common questions of fact, and that centralization under Section 1407 in the Central District of California will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. All actions concern the cause or causes of the crash of a McDonnell Douglas model MD-82 aircraft operated by Spanair as Flight JK 5022 on August 20, 2008; the flight crashed after takeoff from Madrid Barajas International Airport in Madrid, Spain. Centralization under Section 1407 will eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

       The Central District of California stands out as an appropriate transferee district. Moving defendants and all responding plaintiffs support centralization in this district, and the presence of some defendants in the Central District of California provides a connection to the actions. Centralization in this district also permits the Panel to effect the Section 1407 assignment to an experienced transferee judge who has not recently received such an assignment and who can steer this litigation on an expeditious course.

---

[*] Judges Heyburn and Hansen took no part in the decision of this matter.

- 2 -

   IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A and pending outside the Central District of California are transferred to the Central District of California and, with the consent of that court, assigned to the Honorable Gary Feess for coordinated or consolidated pretrial proceedings with the action listed on Schedule A and pending in that district.

PANEL ON MULTIDISTRICT LITIGATION

_____
Robert L. Miller, Jr.
Acting Chairman

| | |
|---|---|
| John G. Heyburn II, Chairman* | Kathryn H. Vratil |
| David R. Hansen* | W. Royal Furgeson, Jr. |
| Frank C. Damrell, Jr. | David G. Trager |

IN RE: AIR CRASH AT MADRID, SPAIN, ON
AUGUST 20, 2008                                        MDL No. 2135


SCHEDULE A


Central District of California

Kim Ivonne Tate Perez, et al. v. The Boeing Co., et al., C.A. No. 2:09-7285

Middle District of Florida

Maria Del Carmen Hernandez, et al. v. McDonnel Douglas Corp., et al., C.A. No. 8:09-1553
Leandro Ortega Pena v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1641
Angeles Carpintero Ruiz, et al. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1642
Gloria Ester Diepa Martin, etc. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1643
Gloria Ester Diepa Martin, etc. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1644
Higinio Ibanez Fraca, etc. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1645
Eugenio Nunez Pavillard, etc. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1646
Shirley Mani, etc. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1647
Vicenta Guerreo, etc. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1648
Josefa Ortiz Perea, etc v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1649
Carmelo Alvardo Castro, et al. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1650
Juan Diepa Hernanda, et al. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1651
Maria Dolores Florez Rodriguez, etc. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1655
Sonia MAria Castillo Martinez, etc. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1656
Daniel Estevez Ruiz, etc. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1657
Maria Loreto Gonzalez Cabanas, et al. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1658
Zaida Rodriguez Ramirez, et al. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1659
Juan de Dios Font Marin, etc. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1661
Jose Jesus Placeres Perez, etc. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1662
Maximo Diaz Delgado, etc. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1663
Maria Candelaria Perez Mateo, et al. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1664
Tereza Suarez Quebedo, etc. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1665
Rafael Moreno Perez, et al. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1666
Maria Estrella Cigala Marrero, etc. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1667
Maria De La Paz Soto Lloves Concepcion, etc. v. McDonnell Douglas Corp., et al.,
     C.A. No. 8:09-1668
Maria Estrella Cigala Marrero, et al. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1669
Maria Estrella Cigala Marrero, et al. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1670
Yolanda Villanueva Martin, etc. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1671
Manfred Mrotzek, etc. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1673
Manfred Mrotzek, etc. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1680
Manfred Mrotzek, etc. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1683

- A2 -

Middle District of Florida (Continued)

Eugenio Nunez Pavillard, etc. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1684
Angel Francisco Santa Castillo, etc. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1685
Yolanda Villanueva Martin, et al. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1687
Yolanda Villanueva Martin, et al. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1689
Maria Jesus Melian Perez, etc. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1690
Yolanda Villanueva Martin, et al. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1691
Maria Jesus Melian Perez, etc. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1692
Irina Hult, etc. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1693
Johan L. Rondonuwu, et al. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1694
Anna Maria Sanchez Diez, et al. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1707

Northern District of Illinois

Elena Celia Fortaner, et al. v. The Boeing Co., et al., C.A. No. 1:09-5808
Antonio Garcia Martin, etc. v. The Boeing Co., et al., C.A. No. 1:09-5810

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

David G. Trager
United States District Court
Eastern District of New York

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C.  20002

Telephone: [202] 502-2800
Fax:         [202] 502-2888
http://www.jpml.uscourts.gov

February 12, 2010

Honorable Gary Feess
U.S. District Judge
Edward R. Roybal Federal Building
 & U.S. Courthouse, Suite 730
255 East Temple Street
Los Angeles, CA 90012-3332

Re: MDL No. 2135 -- IN RE: Air Crash at Madrid, Spain, on August 20, 2008

Dear Judge Feess:

Attached are:  (i) a letter directed to the Clerk of your district advising that the above-referenced litigation has been transferred to you under 28 U.S.C. § 1407 and (ii) a copy of the related transfer order.

As you may know, this office maintains all multidistrict litigation statistics and submits them to the Administrative Office for inclusion in the Annual Report of the Director.  Consequently, once yearly we will verify the actual number and status of the actions assigned to you, including actions added to the docket either by transfer of tag-along actions or additional related actions originally filed in your district.  You will receive a copy of our annual inquiry to your Clerk.

You may use our Citrix remote access server to access our database for information regarding assigned multidistrict litigation.  Our database contains transferor and transferee information for your multidistrict litigation. It identifies counsel who made appearances in the transferor districts, counsel who filed appearances before the Panel and counsel assigned by you as liaison counsel.  It tracks each individual action from the date of transfer to termination either by dismissal, remand to transferor district, remand to state court, etc. You may access the server on a Windows based personal computer with DCN access.  To use the server, please feel free to contact our Systems Administrator, Al Ghiorzi, to establish a password and receive instructional information.

Your attention is directed to Rule 7.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 436-38 (2001), dealing with termination and remand of actions transferred by the Panel.  Specifically, the rule states, in part, the following:

- 2 -

(a) Actions terminated in the transferee district court by valid judgment, including but not limited to summary judgment, judgment of dismissal and judgment upon stipulation, shall not be remanded by the Panel and shall be dismissed by the transferee district court....

(b) Each action transferred only for coordinated or consolidated pretrial proceedings that has not been terminated in the transferee district court shall be remanded by the Panel to the transferor district for trial....

(c) The Panel shall consider remand of each transferred action or any separable claim, cross-claim, counterclaim or third-party claim at or before the conclusion of coordinated or consolidated pretrial proceedings on...suggestion of the transferee district court....

We will promptly act upon any written notices from you that remand of actions or separable claims transferred under Section 1407 is appropriate.

If you appoint liaison counsel, in your pretrial order outlining liaison counsel's responsibilities, please consider reinforcing Panel Rule 5.2(e), which provides:

If following transfer of any group of multidistrict litigation, the transferee district court appoints liaison counsel, this Rule [Panel Rule 5.2, Service of Papers Filed Before the Panel] shall be satisfied by serving each party in each affected action and all liaison counsel. Liaison counsel designated by the transferee district court shall receive copies of all Panel orders concerning their particular litigation and shall be responsible for distribution to the parties for whom he or she serves as liaison counsel.

Thanks for your help. Feel free to contact this office if we may be of assistance to you.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel


By ___Darion Payne___
        Darion Payne
        Deputy Clerk


Attachments (Separate Documents)

cc:     Clerk, United States District Court
        for the Central District of California


JPML Form 23

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| John G. Heyburn II | Robert L. Miller, Jr. | W. Royal Furgeson, Jr. | |
| United States District Court | United States District Court | United States District Court | Jeffery N. Lüthi |
| Western District of Kentucky | Northern District of Indiana | Northern District of Texas | Clerk of the Panel |
| | | | One Columbus Circle, NE |
| | Kathryn H. Vratil | Frank C. Damrell, Jr. | Thurgood Marshall Federal |
| | United States District Court | United States District Court | Judiciary Building |
| | District of Kansas | Eastern District of California | Room G-255, North Lobby |
| | | | Washington, D.C. 20002 |
| | David R. Hansen | David G. Trager | |
| | United States Court of Appeals | United States District Court | Telephone: [202] 502-2800 |
| | Eighth Circuit | Eastern District of New York | Fax: [202] 502-2888 |
| | | | http://www.jpml.uscourts.gov |

February 12, 2010

Terry Nafisi, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Re: MDL No. 2135 -- IN RE: Air Crash at Madrid, Spain, on August 20, 2008

Dear Ms. Nafisi:

Attached as a separate document is a certified copy of a transfer order that the Judicial Panel on Multidistrict Litigation issued today in the above-captioned matter. The order is directed to you for filing. Rule 1.5 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 428 (2001), states "A transfer or remand pursuant to 28 U.S. C. § 1407 shall be effective when the transfer or remand order is filed in the office of the clerk of the district court of the transferee district."

Today we are also serving an information copy of the order on the transferor court(s). The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred [transferor court]."

Rule 1.6(a), pertaining to transfer of files, states "the clerk of the transferor district court shall forward to the clerk of the transferee district court the complete original file and a certified copy of the docket sheet for each transferred action." **With the advent of electronic filing, many transferee courts have found that it is not necessary to request the original file. Some transferee courts will send their certified copy of the Panel order with notification of the newly assigned transferee court case number and inform the transferor courts that they will copy the docket sheet via PACER. Others may request a certified copy of the docket sheet and a copy of the complaint (especially if it was removed from state court). You should be specific as to the files you would like to receive from the transferor courts and if no files will be necessary, you should make that clear. Therefore, Rule 1.6(a) will be satisfied once a transferor court has complied with your request.**

You may find Chapter 7 of Volume 4 of the Clerks Manual, United States District Courts helpful in managing the MDL docket.

The Panel Clerk's Office maintains the only statistical accounting of multidistrict litigation traffic in the federal courts. Therefore, we would appreciate your cooperation in keeping the Panel advised of the progress of this litigation. We are particularly interested in receiving the docket numbers assigned to each transferred action by your court; the caption and docket numbers of all actions originally filed in your district; and copies of orders regarding appointment of liaison counsel, settlements, dismissals, state court remands, and reassignments to other judges in your district.

Your attention is also directed to Panel Rule 7.6, regarding termination and remand of transferred actions. Upon notification from your court of a finding by the transferee judge suggesting to the Panel that Section 1407 remand of a transferred action is appropriate, this office will promptly file a conditional remand order.

Attached to this letter, for your information, is a copy of the Panel Service List. Listed below is the transferor clerk information:

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _Darion Payne_

Darion Payne
Deputy Clerk

Attachments (Transfer Order is a Separate Document)

cc:    Transferee Judge:  Judge Gary Feess
       Chief Judge Transferee District: Judge Audrey B. Collins

JPML Form 33

# Judicial Panel on Multidistrict Litigation - Panel Service List
## for
## MDL 2135 - IN RE: Air Crash at Madrid, Spain, on August 20, 2008

**\*\*\* Report Key and Title Page \*\*\***

Please Note: This report is in alphabetical order by the last name of the attorney. A party may not be represented by more then one attorney. See Panel rule 5.2(c).

**Party Representation Key**
   \* Signifies that an appearance was made on behalf of the party by the representing attorney.
   # Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
   All counsel and parties no longer active in this litigation have been suppressed.

**This Report is Based on the Following Data Filters**
   Docket: 2135 - Air Crash at Madrid, Spain - 8/20/08
   For Open Cases

**Judicial Panel on Multidistrict Litigation - Panel Service List**                                    Page 1

Docket: 2135 - IN RE: Air Crash at Madrid, Spain, on August 20, 2008

Status:   Transferred on 02/12/2010

Transferee District: CAC        Judge: Feess, Gary                                           Printed on 02/12/2010

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Bartlett, Austin W.<br>ADLER MURPHY & MCQUILLEN LLP<br>One North LaSalle Street<br>Chicago, IL 60602 | =>Phone: (312) 345-0700  Fax: (312) 345-9860  Email: abartlett@amm-law.com<br>Honeywell International, Inc.* |
| Collier, Alan H.<br>MENDES & MOUNT LLP<br>445 South Figueroa Street<br>38th Floor<br>Los Angeles, CA 90071 | =>Phone: (213) 955-7700  Fax: (213) 955-7725  Email: alan.collier@mendes.com<br>Eaton Corp.* |
| Duany-Mendoza, Enid<br>COLSON HICKS EIDSON<br>255 Aragon Avenue<br>2nd Floor<br>Coral Gables, FL 33134 | =>Phone: (305) 476-7400  Fax: (305) 476-7444  Email: enid@colson.com<br>Bautista (Per./Rep./Est.-Ronald Gomez Silva & Yanina Nayade Celis Dibowsky), Enrique Celis*; Caballero Tacoronte (Per./Rep./Est-David), Marcos Alejandro*; Dominguez Perdomo (Per./Rep./Est.-Isabel Minerva Domingues Perez & Christian Martin Dominguez), Jose*; Fernandez Rocafull (Per./Rep./Est.-Jose Fernandez Vazquez), Jorge*; Fortaner (Per./Rep./Est.-Maria Del Carmen Fortaner Nau), Elena Cella*; Garcia Martin (Per./Rep./Ests.-Laudencio, Elena & Carlos), Antonio*; Gil Perez (Per./Rep./Est.-Marcos J Hernandez Gil), Candelaria*; Ojeda Perez (Per./Rep./Est.-Claudio Manueal), Maria Del Carmen*; Puye (Per./Rep./Est.-Mustapha Paganna Puye Ceesay & Sira Puye Fortaner), Alasan*; Rivero Perez (Per./Rep./Est.-Alberto Rivero Suarez), Victor*; Vallejo Junco (Behalf/Est.-Maria Del Carmen), Luis*; Vega Martel (Per./Rep./Est.-Yaiza Medina), Aquilina* |
| Gonzalez, Arthur J.<br>BRENT COON & ASSOCIATES<br>300 Fannin<br>Suite 200<br>Houston, TX 77002 | =>Phone: (713) 225-1682  Fax: (713) 225-1785  Email: Art.Gonzalez@bcoonlaw.com<br>Afonso Gonzalez (Ind./Per./Rep./Est.-Pedro Pablo Afonso Marrero, Jorge Afonso Sosa & Miguel Afonso Dosa), Juan*; Afonso Marrero (Ind./Per./Rep./Est.-Pedro Afonso, Jorge Afonso Sosa & Miguel Afonso Sosa), Jose Andres*; Afonso Marrero (Ind./Per./Rep./Est.-Pedro Afonso, Jorge Afonso Sosa & Miguel Afonso Sosa), Juan Salvador*; Afonso Marrero (Ind./Per./Rep./Est.-Pedro Pablo Afonso, Jorge Afonso Sosa & Miguel Afonso Sosa), AnaCorina*; Barrio Santos (Ind./Per./Rep./Est.-Maria Teresa Morales & Daniel Payera), Ricardo*; Betancor Sanchez (Ind./Per./Rep./Est.-Maria Del Carmen Sanchez Ortiz & Veronica Isabel Bentacor), Leticia Maria*; Cabrera Herrera (Ind./Per./Rep./Est.-Siomara Hernandez Cabrera, Abenaura Hernandez Cabrera, TanausuGonzalez Hernandez), Maria Asencion*; Camacho Rodriguez (Next Friend-Gregoria Mendola & BRA/Per./Rep./Est.-Alfredo Alonso Acosta Sierra),Juana*; Cruz Quintella (Ind./Per./Rep./Est.-Isaax Dominguez De La Cruz & Baby Dominguez), Maria Dle RosarioDe La*; Dominguez Vadillo (Ind./Per./Rep./Est.-Isaax Dominguez De La Cruz & Baby Dominguez), Cecilio*; Flores Garcia (Ind./Per./Rep./Est.-Ana Gema Flores), Jaime*; Gallego Campos (Ind./Per./Rep./Est.-Cristina Gallego Ortega & Ana Isabel Gallego Ortega), Pedro Manuel*; Garcia Orcajo (Ind./Per./Rep./Est.-Ana Gema Flores), Claudia*; Gonzalez Cabanas, Maria Loreto*; Guedes Perez (Ind./Per./Rep./Est.-Lucrecua Hernandez Guedes, Elena Garcia Hernandez & Carlos GarciaHernandez), Rosa Maria*; Henriquez Espinosa (Ind./Behalf-Agustin July Pelegrina/Per./Rep./Est.-Agustin Juli Henriquez & Manuel Juli Henriquez), Margarita*; Hernandez Deniz (Ind./Per./Rep./Est.-Maria Del Carmen Sosa Hernandez, Jorge Afonso Sosa & Miguel Afonso Sosa), Maria Dolores*; Hernandez Guedes (Ind./Per./Rep./Est.-Lucrecia, Elena Garcia Hernandez & carlos Garcia Hernandez), Fernando*; Hernandez Guedes (Ind./Per./Rep./Est.-Lucrecia, Elena Garcia Hernandez, Carlos Garcia Hernandez), Antonio*; Hernandez Guedes (Ind./Per.Rep./Est.-Lucrecia, Elena Garcua Hernandez, Carlos Garcia Hernandez), Rosa Paz*; Herrarez (Ind./Per./Rep./Est.-Ana Gema Flores), Juan Jose*; Juli Pelegrina (Ind./Behaf-Agustin July Pelegrina/Per./Rep./Est.-Agustin Juli Henriquez & Manuel Juli Henruquez), Miguel Sebastian*; Marrero Gonzalez (Ind./Per./Rep./Est.-Pedro Pablo Afonso Marrero, Jorge Afonso Sosa & Miguel AfonsoSosa), Josefa*; Martin Gonzalez (Ind./Per./Rep./Est.-Manuel Mateo Martin Perez & CDP), Manuel C.*; Martin Perez (Ind./Per./Rep./Est.-Manuel Mateo & CDP), Cristo Alexander*; Martin Perez (Ind./Per./Rep./Est.-Manuel Mateo Martin & CDP), Victoria Eugenia*; Martin Perez (Ind./Per./Rep.Est.-Manuel Mateo & CDP), Miguel Angel*; Miguel Morales |

Note: Please refer to the report title page for complete report scope and key.

*(Panel Attorney Service List for MDL 2,135 Continued)*                                                    Page 2

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| | (Ind./Per./Rep./Est.-Maria Teresa Morales Santos & Daniel Payera Morales), Sarai San*; Morales Santos (Ind./Per./Rep./Est.-Maria Teresa Morales Santos & Daniel Payera Morales), Marta*; Ortega Sanchez (Ind./Per./Rep./Est.-Maria Del Carmen Ortega, Cristina Gallego Ortega & Ana Isabel Gallego Ortega), Purificacion*; Ortega Sanchez (Ind./Per./Rep./Est.-Maria Del Carmen Ortega, Cristina Gallego Ortega & Ana Isabel Gallego Ortega), Aurelio*; Ortega Sanchez (Ind./Per./Rep./Est.-Maria Del Carmen Ortega, Cristina Gallego Ortega & Ana Isabel Gallego Ortega), Jose Enrique*; Ortega Sanchez (Ind./Per./Rep./Est.-Maria Del Carmen Ortega, Cristina Gallego Ortega & Ana Isabel GHallego Ortega), Soraya*; Pablo Flores (Ind./Per./Rep./Est.-Ana Gema Flores), Jose*; Pablo Flores, Jose*; Palomino Riveros, Ligia*; Perez Perez (Ind./Per./Rep./Est.-Manuel Mateo Martin & CDP), Encarnacion*; Piretti Leon (Ind./Per./Rep./Est.-Maria Eugenia Nunez Piretti & JNP), Maria De Los Angeles*; Ramirez Barbosa (Ind./Per./Rep./Est.-Jose Ramirez Rodriguez & Maria Del Carmen Elsa Barbosa Ramirez), Monica*; Ramirez Barbosa (Ind./Per./Rep./Est.-Jose Ramirez Rodriguez & Maria Del Carmen Elsa Barbosa Ramirez), Marta*; Ramirez Barbosa (Ind./Per./Rep./Est.-Jose Ramirez Rodriguez & Maria Del Carmen Elsa Barbosa Ramirez), Maria Del Carmen*; Ramirez Barbosa (Ind./Per./Rep./Est.-Jose Ramirez Rodriguez & Maria Del Carmen Elsa Barbosa Ramirez), Elsa Maria*; Rodriguez Ramirez (Co-Per./Rep./Est.-Honorio Hanel Rodriguez Davila), Roberto Angel*; Rodriguez Ramirez (Ind./Per./Rep./Est.-Maria Lourdes Ramirez Gonzalez), Roberto Angel*; Rodriguez Ramirez (Ind./Per./Rep./Est.-Maria Lourdes Ramirez Gonzalez), Zaida*; Sanchez Diez (Ind./Per./Rep./Est.-Betsabe Ibanez Sanchez), Ana Maria*; Santos Molina (Ind./Per./Rep./Est.-Maria Teresa Morales Santos & Daniel Payera Morales), Vidal*; Santos Noguerales (Ind./Per./Rep./Est.-Maria Teresa Morales Santos & Daniel Payera Morales), Teresa*; Sosa Hernandez (Ind./Per./Rep./Est.-Maria Del Carmen Sosa Hernandez, Jorge Afonso Sosa & Miguel Afonso Sosa), Rita Maria*; Sosa Hernandez (Ind./Per./Rep./Est.-Maria Del Carmen Sosa Hernandez, Jorge Afonso Sosa & Miguel Afonso Sosa), Federico Bonifacio*; Sosa Hernandez (Ind./Per./Rep./Est.-Maria Del Carmen Sosa Hernandez, Jorge Afonso Sosa & Miguel Afonso Sosa), Santiago Jose*; Sosa Rodrigiez (Ind./Per./Rep./Est.-Maria Del Carmen Sosa Hernandez, Jorge Afonso Sosa & Miguel Afonso Sosa), Santiago*; Valles Zurita (Ind./Per./Rep./Est.-Francisco Javier Valles Marcos), Lidia*; Vera Torres (Ind./Next Friend-JJVMM/Per./Rep./Est.-Monica Martin Machin), Juan Miguel*; Vidal Rodriguez, Rafael*; Zurita Hinojal (Ind./Per./Rep./Est.-Francisco Javier Valles Marcos), Senorina* |
| Lack, Walter J.<br>ENGSTROM LIPSCOMB & LACK<br>10100 Santa Monica Blvd.<br>12th Floor<br>Los Angeles, CA 90067 | =>**Phone: (310) 552-3800  Fax: (310) 552-9434  Email: wlack@elllaw.com**<br>Caballero Tacorante (Ind./Rep./Est.-David), Marcos*; Cabrera Herrera (Ind./Rep./Est.-Siomara Hernandez, Tanausu Gonzalez & Abenauara Hernandez Cabrera),Maria Ascension*; Garcia Lopez (Ind,/Rep./Est.-Pilar Lopez Duque & Antonia Garcia Sanchez), Raul*; Garcia Lopez (Ind./Rep./Est.-Pilar Lopez Duque & Antonio Garcia Sanchez), Ivan*; Marcial Verona (Ind./Rep./Est.-Angel Jose Mendoza Marcial), Francisca Laura*; Morillo Trujillo (Ind./Rep./Est.-Patricia Morillo Perez), Raphael Sebastian*; Ojeda Perez (Ind./Rep./Est.-Claudio), Elsa*; Ojeda Perez (Ind./Rep./Est.-Claudio), Rosario Berta*; Perez Hernandez (Ind./Rep./Est.-Patricia Morillo Perez), Maria Jesus*; Saavedra Vizcaino (Ind./Rep./Est.-Rep./Est.-Maria Reitz Saavedra), Cira*; Tate Perez, Kim Tvonne* |
| Martinez-Cid, Ricardo M.<br>PODHURST ORSECK PA<br>25 West Flagler Street<br>Suite 800<br>Miami, FL 33130 | =>**Phone: (305) 358-2800  Fax: (305) 358-2382  Email: rmcid@podhurst.com**<br>Alvarado Castro (Per./Rep./Est.-Robert Alvardo Coruna), Carmelo*; Carmen Hernandez (Per./Rep./Est.-Ruben Santan Mateo), Maria Del*; Carpintero Ruiz, Angeles*; Castillo Martinez (Per./Rep./Est.-Maria Sonia Rodriguez Del Castillo), Sonia Maria*; Cigala Marrero (Per./Rep./Est.-Jorge Naranjo), Maria Estrella*; Cigala Marrero (Per./Rep./Est.-Raquel Naranjo Gomez), Maria Estrella*; Coruna Diaz (Co-Per./Rep./Est.-Robert Alvarado Coruna), Avelina*; Delgado (Per./Rep./Est.-Lidia Delgado Estevez), Maximo Diaz*; Diaz Diaz (Co-Per./Rep./Est.-Clara Diaz Gonzalez), Jose Luis*; Diepa Hernanda (Co-Per./Rep./Est.-Monica Diepa Leon), Juan*; Diepa Martin (Per./Rep./Est.-Oscar Gabriel Alvardo Diepa), Gloria Ester*; Diepa Martin (Per./Rep./Est.-Roberto Alexander Alvarado Diepa), Gloria Ester*; Estevez Ruiz (Per./Rep./Est.-Susana Marin Romas), Daniel*; Florez Rodriguez (Per./Rep./Est.-Maria Lourdes Romero Florez), Maria Dolores*; Font Marin (Per./Rep./Est.-Maria Jesus Font Rodriguez), Juan de Dios*; Gonzalez Cabanas (Co-Per./Rep./Est.-Clara Diaz Gonzalez), Maria Loreto*; Guerrero (Per./Rep./Est.-Gabriel Guerreo), Vicente*; Hult (Per./Rep./Est.-Ann Marie Helene), Irina*; Ibanez Fraca (Per./Rep./Est.-Betsabe Ibanez Sanchez), Higinio*; Mainsiouw (Co-Per./Rep./Est.-Nguni Toka Rondonuwu), Syull*; Mani (Per./Rep./Est.-Gabria Guerrero), Vicente*; Mani |

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
| --- | --- |
| | (Per./Rep./Est.-Mukesh Bacho), Shirley*; Melian Perez (Per./Rep./Est.-Alicia Dominguez Melian), Maria Jesus*; Melian Perez (Per./Rep./Est.-Araceli Yolanda Dominguez Melian), Maria Jesus*; Mrotzek (Per./Rep./Est.-Gerd), Manfred*; Mrotzek (Per./Rep./Est.-Lucas), Manfred*; Mrotzek (Per./Rep./Est.-Niklas), Manfred*; Nunez Pavillard (Per./Rep./Est.-Jorge Nunez Piretti), Eugenio*; Ortega Pena, Leandro*; Ortiz Perea (Per./Rep./Est.-Maria Cristian Domiguez Ortiz), Josefa*; Pavillard (Per./Rep./Est.-Maria Eugenia Nunez Piretti), Eugenio Nunez*; Perez Mateo (Co-Per./Rep./Est.-Ruben Daniel Sanchez Perez), Maria Candelaria*; Perez, Rafael Moreno*; Placeres Perez (Per./Rep./Est.-Ines Placeres), Jose Jesus*; Rivera (Co-Per./Rep./Est.-Monica Diepa Leon), Francisca Leon*; Rodriguez Ramirez (Co-Per./Rep./Est.-Honorio Hanel Rodriguez Davila), Roberto Angel*; Rodriguez Ramirez (Co-Per./Rep./Est.-Honorio Hanel Rodriguez Davila), Zaida*; Rondonuwu (Co-Per./Rep./Est.-Nguni Toka), Johan L.*; Sanchez Hernandez (Co-Per./Rep./Est.-Ruben Daniel Sanchez Perez), Juan Andres*; Santa Castillo (Co-Per./Rep./Est.-Alejandro Aillanueva Santans), Angel Francisco*; Santa Castillo (Per./Rep./Est.-Carmen Isabel), Angel Francisco*; Santana Castillo (Co-Per./Rep./Est.-Keila Villanueva Santana), Angel Francisco*; Santana Castillo (Co.-Per./Rep./Est.-Dara Villanueva Santana), Angel Francisco*; Soto Lloves (Co-Per./Rep./Est.-Jorge Naranjo Gomez), Concepcion Maria De La Paz*; Soto Lloves (Per./Rep./Est.-Cecilia Gomez Soto), Concepcion Maria De La Paz Soto*; Soto Lloves (Per./Rep./Est.-Raquel Naranjo Gomez), Concepcion Maria De La Paz*; Suarez Quebedo (Per./Rep./Est.-Jose Vicente Robaina Suarez), Tereza*; Villanueva Martin (Co-Per./Rep./Est.-Alejandro Villanueva Santans), Yolanda*; Villanueva Martin (Co-Per./Rep./Est.-Dara Villanueva Santana), Yolanda*; Villanueva Martin (Co-Per./Rep./Est.-Keila Villanueva Santana), Yolanda*; Villanueva Martin (Per./Rep./Est.-Alejandro), Yolanda* |
| McNulty, Suzanne N.<br>MENDES MOUNT LLP<br>445 South Figueroa Street<br>38th Floor<br>Los Angeles, CA 90071 | =>Phone: (213) 955-7700  Fax: (213) 955-7725  Email: suzanne.mcnulty@mendes.com<br>Ametek, Inc.* |
| Morof, Jeffrey W.<br>BRYAN CAVE LLP<br>161 North Clark Street<br>Suite 4300<br>Chicago, IL 60601 | =>Phone: (312) 602-5000  Fax: (312) 602-5050  Email: jwmorof@bryancave.com<br>Boeing Co. (The)*; McDonnell Douglas Corp.* |
| Shupe, J. Denny<br>SCHNADER HARRISON SEGAL & LEWIS LLP<br>1600 Market Street<br>Suite 3600<br>Philadelphia, PA 19103 | =>Phone: (215) 751-2000  Fax: (215) 751-2205  Email: dshupe@schnader.com<br>Esterline Technologies Corp.*; Leach International Corp.* |

Note: Please refer to the report title page for complete report scope and key.

IN RE: AIR CRASH AT MADRID, SPAIN, ON
AUGUST 20, 2008                                          MDL No. 2135


INVOLVED CLERKS LIST


Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604
**Docketing ILND/ILND/07/USCOURTS**

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800
**Flmd-MDL Litigition/FLMD/11/USCOURTS**