Douglas E. Winter (D.C. Bar No. 927202)
Mili R. Joseph (Missouri Bar No. 59981)
BRYAN CAVE LLP
1155 F Street, N.W.
Washington, D.C. 20004
(202) 508-6072 tel /(202) 508-6200 fax
dewinter@bryancave.com/mili.joseph@bryancave.com

Jeffrey W. Morof (California Bar No. 102821)
James C. Pettis (California Bar No. 223953)
BRYAN CAVE LLP
120 Broadway, Suite 300
Santa Monica CA 90401-2386
(310) 576-2100 tel/(310) 576-2200 fax
jwmorof@bryancave.com/james.pettis@bryancave.com
Counsel for THE BOEING COMPANY and MCDONNELL DOUGLAS CORPORATION

[The signature page identifies counsel for all Defendants]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE AIR CRASH AT MADRID, SPAIN, ON AUGUST 20, 2008** | 2:10-ml-02135-GAF (RZx)/ MDL No. 2135 <br><br> This Document Relates to: ALL CASES <br><br> **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS (*FORUM NON CONVENIENS*)** <br><br> [Filed with Memorandum of Points and Authorities; Affidavit of Prof. Pablo Salvador-Coderch; Declarations of Thomas K. Dodt and Douglas E. Winter; Appendix of Exhibits; [Proposed] Order; and Proof of Service] <br><br> Date:           January 10, 2011 <br> Time:          9:30 a.m. <br> Place:          Courtroom 740 (Roybal) |

1 **TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF**
2 **RECORD:**
3   PLEASE TAKE NOTICE that on January 10, 2011, at 9:30 a.m. or as soon
4 after that as the matter may be heard, in Courtroom 740 of the United States District
5 Court for the Central District of California, Western Division-Roybal Federal Building,
6 located at 255 East Temple Street, Los Angeles, California 90012, Defendants The
7 Boeing Company, McDonnell Douglas Corporation, Leach International Corporation,
8 Esterline Technologies Corporation, Ametek, Inc., Eaton Corporation, and Honeywell
9 International, Inc., will, and do, move the Court, the Honorable Judge Gary A. Feess
10 presiding, pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, for an
11 Order dismissing Plaintiffs' actions based on the doctrine of *forum non conveniens*.
12   The convenience of the parties and the courts justifies dismissal in favor of
13 resolving this controversy in Spain because (1) Spain is an available and adequate
14 alternative forum and (2) the balance of private and public interest factors favors
15 dismissal.  In fact, all private and public interest factors weigh strongly against litigation
16 in this Court and favor litigation in Spain, which is the only forum in which a full and
17 final resolution of disputed facts and claims is possible.  As a condition of dismissal, all
18 Defendants will agree to (1) submit to jurisdiction before the appropriate Court of First
19 Instance in Spain; (2) toll any applicable Spanish statute of limitations for 120 days after
20 dismissal by this Court; (3) make available in Spain all evidence and witnesses located in
21 the U.S. within their possession, custody, or control that the Spanish court deems
22 relevant; and (4) satisfy any final, post-appeal judgment awarded against them in Spain.
23   The Motion is based on this Notice of Motion and Motion; the Memorandum of
24 Points and Authorities; the Affidavit of Professor Pablo Salvador-Coderch; the
25 Declarations of Thomas K. Dodt and Douglas E. Winter; the Appendix of Exhibits;
26 the pleadings and papers on file in this action; and such other and further evidence and
27 argument as may be permitted before or at the hearing on the Motion.
28

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on May 11, 2010.

| | |
|---|---|
| Date: August 2, 2010 | Respectfully submitted, |
| | By: /s/ Douglas E. Winter |
| Jeffrey W. Morof | Douglas E. Winter |
| James Pettis | Mili R. Joseph |
| BRYAN CAVE LLP | BRYAN CAVE LLP |
| 120 Broadway, Suite 300 | 1155 F Street, N.W. |
| Santa Monica CA 90401-2386 | Washington, D.C. 20004 |

Counsel for THE BOEING COMPANY
and MCDONNELL DOUGLAS CORPORATION

| | |
|---|---|
| Alan H. Collier | Suzanne N. McNulty |
| Fitzpatrick & Hunt Tucker Collier Pagano Aubert LLP | Fitpatrick & Hunt Tucker Collier Pagano Aubert, LLP |
| Counsel for EATON CORP. | Counsel for AMETEK, INC. |
| Michael Gerard McQuillen | J. Denny Shupe |
| Adler, Murphy & McQuillen | Schnader Harrison Segal & Lewis LLP |
| Counsel for HONEYWELL INTERNATIONAL INC. | Counsel for LEACH INTERNATIONAL CORPORATION and ESTERLINE TECHNOLOGIES CORPORATION |